| | |
|---|---|
| 1 | ROBERT A. KASHFIAN, ESQ. (SBN: 263173) |
| 2 | robert@kashfianlaw.com |
|   | RYAN D. KASHFIAN, ESQ. (SBN: 265293) |
| 3 | ryan@kashfianlaw.com |
| 4 | GEORGE E. AKWO, ESQ. (SBN: 164670) |
|   | george@kashfianlaw.com |
| 5 | **KASHFIAN & KASHFIAN LLP** |
| 6 | 1875 Century Park East, Suite 1340 |
|   | Century City, California 90067-2514 |
| 7 | (310) 751 – 7578  | Telephone |
| 8 | (310) 751 – 7579  | Facsimile |
| 9 | OPHIR J. BITTON, ESQ. (SBN: 204310) |
|   | ophir@bittonlaw.com |
| 10 | **BITTON & ASSOCIATES** |
| 11 | 12080 Ventura Place, Suite D |
|    | Studio City, California 91604-2634 |
| 12 | (818) 524 – 1223 | Telephone |
| 13 | (818) 524 – 1224 | Facsimile |

*Attorneys for Plaintiff*, SOLID 21, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC., a Nevada Corporation headquartered in Los Angeles, California, | CASE NO.: 2:13-CV-02980-DSF-AGR |
| Plaintiff, | |
| vs. | |
| FRANCK MULLER USA, INC., a New York Corporation; GROUPE FRANCK MULLER WATCHLAND S.A., a Swiss Corporation; and DOES 1-10, inclusive, | **DECLARATION OF ROBERT A. KASHFIAN REGARDING ORDER TO SHOW CAUSE** |
| Defendants. | |

-1-

**DECLARATION OF ROBERT A. KASHFIAN** CASE NO. 2:13-cv-02980-DSF-AGR
**REGARDING ORDER TO SHOW CAUSE** UNITED STATES DISTRICT COURT
[4]138003_Muller_OSC_Response CENTRAL DISTRICT OF CALIFORNIA

## DECLARATION OF ROBERT A. KASHFIAN

I, ROBERT A. KASHFIAN, declare and state as follows:

1) I am an attorney admitted to practice before this Court, all of the courts of the State of California as well as the District of Columbia Court of Appeals, and do so as a Partner with the Law Firm of Kashfian & Kashfian LLP, attorneys of record for *Plaintiff*, SOLID 21, INC., a Nevada Corporation headquartered in Los Angeles, California, in the aforementioned case entitled, *Solid 21 Inc. v. Franck Muller Usa, Inc. et al.*, 2:13-CV-02980-DSF-AGR. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2) Counsel for Plaintiff and Defendants have been engaging in settlement communication concerning possible resolution of the within action, which would - among other things - include a dismissal of the entire action.

3) Counsel for both Plaintiff and Defendant finalized settlement documents, and the same was circulated for signature on or about August 5, 2013.

4) I sent an email to Counsel for Defendant, Dylan Ruga, on August 14, 2013, stating the following: "Dylan: Judge set an OSC for Monday in Franck Muller. Any update on this?" I received no response to that email.

5) I again sent an email to Counsel for Defendant on August 19, 2013, stating the following: "Dylan: I have not heard from you. Please let me know the status otherwise I will have to file a declaration with the court on my end, without your input." Counsel Dylan Ruga responded with "Robert – we spoke to the clients last week. We should have final approval to sign the agreement today. I'll get back to you later this info as soon I know more…"

6) At the time of this filing I have not received any further information.

///

-2-

7)    I did not request entry of default as I did not feel it was prudent given the aforementioned circumstances.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2013, at Century City, California.

*s/ Robert A. Kashfian*
_____
ROBERT A. KASHFIAN, ESQ.

-3-

**DECLARATION OF ROBERT A. KASHFIAN**
**REGARDING ORDER TO SHOW CAUSE**
[4]138003_Muller_OSC_Response

Case No. 2:13-cv-02980-DSF-AGR
United States District Court
Central District Of California

| ☐ **PROOF OF SERVICE** | ☒ **CERTIFICATE OF SERVICE** |
|---|---|
| ☒ **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** | ☐ **DISTRICT OF COLUMBIA** |
| *California Code of Civil Procedure* §1013(a) *California Code of Civil Procedure* §2015.5 *California Rules of Court, Rule 2.260* | *District of Columbia Superior Court Civil Procedure* Rule 5 *et seq.* *Federal Rules of Civil Procedure* |

I am employed and a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: KASHFIAN & KASHFIAN **LLP**:

☐ *Culver City Office*: 6023 Bristol Parkway, Suite 100, Culver City, California 90230
☒ *Century City Office*: 1875 Century Park East, Suite 1340, Los Angeles, California 90067

On August 19th, 2013, I served the following listed document(s) herein, by method indicated below, on each interested parties in the within action, listed on the ATTACHED SERVICE LIST:

# DECLARATION OF ROBERT A. KASHFIAN
# REGARDING ORDER TO SHOW CAUSE

☐ (**BY U.S. MAIL**) By placing ☐ the original / ☒ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Kashfian & Kashfian, LLP., ☐ 6023 Bristol Parkway, Suite 100, Culver City, CA 90230 or ☒ 1875 Century Park East, Suite 1340, Los Angeles, CA 90067, following ordinary business practices. I am readily familiar with Kashfian & Kashfian, LLP.'s practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ (**BY OVERNIGHT DELIVERY**) By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents. **Note**: Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ (**BY PERSONAL SERVICE**) ☐ By personally delivering and handing the document(s) listed above to the person(s) identified on the attached service list. ☐ By personally delivering the document(s) listed above to the office address(es) as shown on the attached service list and leaving said document(s) with a clerk or other person in charge, or if no one is in charge leaving it in a conspicuous place in the office(s). ☐ By personally delivering the document(s) listed above to the address(es) as shown on the attached service list and leaving said document(s) with someone of suitable age and discretion residing at said address(es).

☐ (**BY FACSIMILE**) By transmitting the document(s) listed above from Kashfian & Kashfian, LLP. in Los Angeles County, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ (**BY ELECTRONIC MAIL** [EMAIL]) By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address [*first-name*]@kashfianlaw.com at approximately [*date & time*]. To my knowledge, the transmission was reported as complete and without error. Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

☐ (**BY ELECTRONIC SERVICE via electronic filing service provider LexisNexis**) By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider at their website address www.fileandserve.lexisnexis.com, from the email address [*first-name*]@kashfianlaw.com, at approximately [*date & time*]. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☒ (**BY ELECTRONIC TRANSFER**) By causing all the pages of the above-entitled document(s) to be uploaded to ☒ the U.S. District Court or ☐ the U.S. Court of Appeals, Ninth Circuit "CM/ECF" System to be sent to the recipients listed herein via electronic transfer at the respective EMAIL addresses indicated herein. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

-4-

| **DECLARATION OF ROBERT A. KASHFIAN REGARDING ORDER TO SHOW CAUSE** | CASE NO. 2:13-cv-02980-DSF-AGR UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

[4]138003_Muller_OSC_Response

**SERVICE LIST**

| Dylan Ruga, Esq.<br>**STEPTOE & JOHNSON LLP**<br>2121 Avenue Of The Stars Ste 2800<br>Los Angeles, CA 90067-5052 | *Attorneys for ( or ☐ In Propria Persona):*<br><br>FRANCK MULLER USA, INC.,<br>a New York Corporation;<br>GROUPE FRANCK MULLER<br>WATCHLAND S.A.,<br>a Swiss Corporation;<br><br>☐ *Plaintiff(s);*<br>☒ *Defendant(s);*<br>☐ *Cross-Complainant(s);*<br>☐ *Cross-Defendant(s);*<br>☐ *Appellant(s);*<br>☐ *Appellee(s);* and<br>☐ *Trial Court.* |
|---|---|

☐ (State of California) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (District of Columbia) I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled case and that the forgoing information contained in this service is true and correct.

☒ (**Federal**) I declare that I am a member of the bar of this court, or am employed in the office of a member of this court at whose direction the service was made.

Executed on this 19th day of August, 2013, at Century City, California.

*s/ Robert A. Kashfian*
_____
**ROBERT A. KASHFIAN**

-5-

**DECLARATION OF ROBERT A. KASHFIAN REGARDING ORDER TO SHOW CAUSE**

CASE NO. 2:13-cv-02980-DSF-AGR
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

[4]138003_Muller_OSC_Response